AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT

for the
Eastern District of Virginia

FILED

MAR 2 7 2014

CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:14mj 117 |
| **DAVID GIL WILKINSON** | ) |
| | ) |
| *Defendant(s)* | ) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>March 21, 2014</u> in the county of <u>Southampton</u>, in the <u>Eastern</u> District of <u>Virginia</u>, the defendant(s) violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 18 U.S.C. § 871(a) | Threats Against the President and Successor to the Presidency |
| 18 U.S.C. § 879(a)(1) | Threats Against Former Presidents and Certain Other Persons |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

Joseph L. Kosky
Assistant United States Attorney

*Complainant's signature*

Brian E. Stallings, Special Agent, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   3/27/14

City and state:   Norfolk, VA

*Judge's signature*

Douglas E. Miller
United States Magistrate Judge
*Printed name and title*